SECOND DEPARTMENT, DECEMBER, 2014

(December 3, 2014)

■ AMERICAN COUNTRY INSURANCE COMPANY, Respondent, v JACOB HANUKOV BUS SERVICES CORPORATION et al., Defendants, and FRIEDA KALTER, Appellant. [997 NYS2d 689]—

In an action, inter alia, for a judgment declaring that the plaintiff is not obligated to defend or indemnify the defendant Jacob Hanukov Bus Services Corporation in an underlying personal injury action entitled *Kalter v Jakob Hanukov Bus Serv. Corp.*, commenced in the Supreme Court, Kings County, under index No. 2310/08, the defendant Frieda Kalter appeals from an order of the Supreme Court, Kings County (Martin, J.), dated October 5, 2012, which denied her motion for summary judgment and granted the plaintiff's cross motion for summary judgment declaring, in effect, that the plaintiff is not so obligated.

Ordered that the order is modified, on the law, by deleting the provision thereof granting the plaintiff's cross motion for summary judgment, and substituting therefor a provision denying that cross motion; as so modified, the order is affirmed, without costs or disbursements.

While the Supreme Court properly denied the defendant Frieda Kalter's motion for summary judgment, the court should have denied the plaintiff's cross motion for summary judgment, since there are triable issues of fact as to whether the plaintiff's

disclaimer of coverage was timely. Rivera, J.P., Hinds-Radix, Duffy and LaSalle, JJ., concur.